UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT J. LAWRENCE,

        Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

CASE NO. C05-487-JLR

ORDER

Plaintiff has filed a motion for attorney's fees, expenses and costs to be paid by the Defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (the "EAJA") and 28 U.S.C. § 1920 in the amount of $6,078.40 in attorney's fees, $7.48 in expenses, and $70.00 in costs, for a total amount of $6,155.88. Defendant filed a response, stating that she has no objection to Plaintiff's request. (Dkt. #27).

The Court finds that Plaintiff's request for attorney's fees, costs and expenses in the amount of $6,155.88 pursuant to the EAJA is reasonable in light of the work performed and the result achieved.

//

//

ORDER - 1

1   It is therefore ORDERED that Plaintiff's motion (Dkt. #25) is GRANTED and
2   Plaintiff's counsel is awarded attorney's fees in the amount of $6,078.40, expenses in the amount
3   of $7.48, and costs in the amount of $70.00 pursuant to the EAJA.
4   DATED this 23rd day of January, 2006.

s/Thomas S. Zilly
_____
JAMES L. ROBART
United States District Judge

RECOMMENDED FOR ENTRY
this 19th day of January, 2006:


/s/ Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

26  ORDER - 2